UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 22-09847 |
| Freddie Gray ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Carol A. Doyle | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER GRANTING MOTION TO EXTEND THE AUTOMATIC STAY**

This cause coming to be heard on Motion of the Debtor to extend the automatic stay,

IT IS HEREBY ORDERED:

1. That the automatic stay is hereby EXTENDED as to all creditors, pursuant to Section 362 (c)(3)(B).

.

Enter:

*[signature: Carol Doyle]*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  September 13, 2022

**Prepared by:**

Westside Law Firm, LLC
2442 W. Madison St
Chicago, IL 60612